UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIOLOGICS, INC.,

    Plaintiff,

v.        Case No. 8:09-cv-362-T-24

WOUND SYSTEMS, LLC,

    Defendant.
_____/

## **ORDER**

The Court held a preliminary pretrial conference in this case on June 2, 2009. At the conference, the parties and Court discussed the possibility of settling this case prior to engaging in expensive discovery. As such, the Court orders the following:

(1) Plaintiff is directed to file a notice with the Court by July 2, 2009 informing the Court of the date of the parties' mediation and the mediator that the parties have selected.

(2) The parties are directed to mediate this case by August 3, 2009.

(3) The Court will stay this case, including discovery, through August 3, 2009. The parties may engage in limited discovery during the stay to the extent that the parties agree; the Court will not intervene in discovery disputes during the stay.

(4) The Court terminates the pending motion to dismiss (Doc. No. 34), and if the case is not resolved through mediation, Biologics may re-file the motion to dismiss by August 10, 2009.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of June, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record